Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff RUFUS DARNELL THOMAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS DARNELL THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK, Acting<br>Commissioner of Social Security,<br><br>    Defendant | CASE NO.  2:24-cv-190 WLH-DFM<br><br>ORDER FOR AWARD<br>OF EQUAL ACCESS TO JUSTICE<br>ACT ATTORNEY FEES PURSUANT<br>TO 28 U.S.C. §2412(d) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$9,232** as authorized by 28 U.S.C. § 2412.

Dated: March 6, 2025

_____
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE